UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-36027 |
| Anthony Mark Edwards | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION**

　　　　THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being fully advised in the premises; with due notice having been given to all parties in interest; IT IS HEREBY ORDERED that the Debtor's Chapter 13 Plan is modified post-confirmation Plan to check the first box in Paragraph 2.3 providing that the Debtor will retain any income tax refunds received during the plan.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  October 09, 2020

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600